IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 4:09-3042-TLW |
| Plaintiff, | ) | |
| vs. | ) | |
| $55,060 IN UNITED STATES CURRENCY, | ) | ORDER FOR ENTRY OF JUDGMENT |
| Defendant. | ) | |

This *in rem* forfeiture action was initiated through a Complaint filed on November 20, 2009. It concerns the $55,060 in United States Currency ("Defendant Property"), which was seized on June 23, 2009, by officers of the Drug Enforcement Administration. The Complaint alleges that the Defendant Property constitutes, or is traceable to, proceeds furnished in exchange for controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and 846; or was used or intended to be used to facilitate such offenses, and the said property is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

It appearing that no person has filed a claim or served or filed an answer, and it further appearing that a copy of the Complaint, among other documents, were served upon the only known potential claimant, that publication has been lawfully made in this matter, and that lawful notice was given accordingly, the Court finds and concludes as follows:

1. That process was lawfully executed in this action and returned according to law;

2. That the $55,060 in United States Currency was lawfully arrested by the United States Marshals Service pursuant to the Warrant of Arrest and Notice *in Rem* issued by this Court;

3. That public notice of this action and of the arrest of the Defendant Currency was lawfully made on an official government internet web site having general circulation in this District;

4. That James Solkowski, the only known potential claimant, has received notice of execution of process in this action;

5. That James Solkowski has failed to file a claim and an answer in this action as required by Supplemental Rule G(5) for Admiralty or Maritime Claims and Asset Forfeiture Actions;

6. That no person has filed herein any claim or answer within the time fixed by law; and

7. That the allegations of the Complaint for Forfeiture *in Rem* are taken as admitted.

NOW THEREFORE, based upon the above findings, and the Court being otherwise fully advised, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. All persons claiming any right, title or interest in or to the $55,060 in United States Currency, including James Solkowski, are hereby held in default.

2. Default judgment shall be entered by the Clerk of Court against the Defendant and in favor of the United States.

3. Pursuant to 21 U.S.C. § 881(a)(6), the $55,060 in United States Currency is hereby forfeited, condemned, quit-claimed and abandoned to the United States of America.

4. Clear title in and to the $55,060 in United States Currency is vested in the United States of America, and no other right, title or interest exists therein. All other claims in the $55,060 in United States Currency are hereby forever foreclosed and barred.

5. The $55,060 in United States Currency forfeited herein shall be disposed of by the United States Marshal's Service as authorized by law.

IT IS SO ORDERED.

TERRY L. WOOTEN
UNITED STATES DISTRICT JUDGE

Florence, South Carolina

June 18, 2010